In the United States District Court
for the Northern District of Illinois

Richard Sharp
_____
Plaintiff

V.

Warden Donald A. Hulick
_____
Defendant

No. 08 CV 1668

The Honorable
William T. Hart
_____
Judge Presiding

FILED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Filing

To: Clerk of the United States District Court - Prisoner Correspondent
219 S. Dearborn Street
Chicago, IL 60604

Please take notice that on or before the 28 day of July, 2008 I shall file with the Clerk of the U.S. District Court for the Northern District of Illinois, the attached Plaintiff's: Petition to Reinstate Federal Habeus Corpus Petition. A copy of which is hereby served upon you.

By: Richard Sharp
K76248
P.O. Box 711
Menard, IL 62259

## Certificate of Service

I, Richard Sharp, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the 28 day of July, 2008; postage prepaid. Under the Penalty of Perjury the foregoing is true and correct.

Richard Sharp
Affiant

In the United States District Court
Northern District of Illinois
Eastern Division

United States of America ex rel.

Richard Sharp #K76248
_____
Petitioner

Vs.

Warden Donald A. Hulick
_____
Respondent

Case No: 08 CV 1668

FILED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The Honorable
William T. Hart
Judge Presiding

Petition to Reinstate Federal Habeus Corpus Petition

I Richard Sharp have exhausted all my State Court remedies and now ask's this Court to reinstate my Federal Habeus Corpus Petition.

My Successive Post Conviction Petition was denied on 4/22/08. And my notice of Appeal was denied on 7/3/08. I wasn't notified of this until 7/25/08. I will not pursue further anymore State Court remedies.

Thus comes Petitioner Richard Sharp in a timely manner asking this Court to Reinstate his Federal Habeus Corpus Petition.

Respectfuly Submitted
x Richard Sharp
Richard Sharp
I.D.# K76248
P.O. Box 711
Menard, IL 62259

I declare under the Penalty of Purjery that the foregoing is true and correct. Richard Sharp

Dated: July 28, 2008

IN THE
United States District Court
for the Northern District of Illinois

Richard Sharp
Plaintiff,

v.

Warden Donald A. Hulick
Defendant

) 
) 
) Case No. 08 CV 1668
) 
) 
)

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the United States District Court - Prisoner Correspondent
219 S. Dearborn Street
Chicago, IL 60604

TO: _____

TO: _____

TO: _____

PLEASE TAKE NOTICE that on July 28, 2008, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 3 Copies of Petition to Reinstate Federal Habeus Corpus Petition

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 28, 2008

/s/ Richard Sharp
NAME: Richard Sharp
IDOC#: K76248
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004