# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1668 | **DATE** | 8/12/2008 |
| **CASE TITLE** | U.S. ex rel. Richard Sharp (K-76248) v. Donald A. Hulick | | |

**DOCKET ENTRY TEXT:**

The Court grants Petitioner's petition to reinstate federal habeas corpus petition [9]. The Clerk is directed to reopen this case. Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

■ [For further details see text below.]  Docketing to mail notices.

## STATEMENT

Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Petitioner.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|