IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD SHARP, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1668 |
| DONALD A. HULICK, Warden, Menard Correctional Center, | ) ) ) | The Honorable William T. Hart, |
| Respondent. | ) ) | Judge Presiding. |

## NOTICE OF MOTION

To:  Richard Sharp, K76248
     Menard Correctional Center
     711 Kaskaskia Street
     P.O. Box 711
     Menard, Illinois 62259

    On Wednesday, September 10, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart, or any judge sitting in his stead, in Courtroom 2243, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

September 2, 2008                         Respectfully submitted,

                                                                LISA MADIGAN
                                                                Attorney General of Illinois

                            By:   /s/ Charles Redfern
                                    CHARLES REDFERN, Bar # 6283811
                                    Assistant Attorney General
                                    100 W. Randolph Street, 12th Floor
                                    Chicago, IL 60601-3218
                                    PHONE: (312) 814-3565
                                    FAX: (312) 814-2253
                                    EMAIL: credfern@atg.state.il.us