08cv1668 HHW

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Office
   100 West Randolph Street, 12th Floor
   Chicago, Il 60601

   08cv1668

2. Article Number
   (Transfer from service label)

   7006 0100 0001 7312 6424

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

   RECEIVED
   ATTORNEY GENERAL
   AUG 12 2008
   OFFICE SRVCS
   MAILROOM

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

D5
FILED
Sep 8, 2008
SEP - 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT